FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:21-cr-00155-SMJ-1 |
| Plaintiff, | |
| v. | **ORDER ADOPTING UNOPPOSED PROTECTIVE ORDER** |
| GUSTAVO VENEGAS-FLORES, | |
| Defendant. | |

**IT IS HEREBY ORDERED**:

**1.** The Government's Unopposed Motion for a Protective Order, **ECF No. 22**, is **GRANTED**.

   ***A.*** Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the Government's unopposed motion, the Government's proposed Protective Order for Minors and Order Re: Compliance with 18 U.S.C. § 3509(d), **ECF No. 22-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

   ***B.*** The Court further clarifies that the minor involved in this matter shall be referred to by their initials or a pseudonym (e.g., Jane

ORDER ADOPTING UNOPPOSED PROTECTIVE ORDER – 1

Doe 1) agreed on by the parties, not "by their first name and last initials." *Compare* ECF No. 22-1 at 2 *with* ECF No. 22 at 3.

2. The Government's related Motion to Expedite, **ECF No. 23**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING UNOPPOSED PROTECTIVE ORDER – 2